IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

KENNETH SCOTT PORTER          )
                              )      No. 3-14-1179
v.                            )
                              )
CORRECTIONS CORPORATION OF    )
AMERICA                       )

O R D E R

On June 27, 2014, the parties filed a stipulation of dismissal without prejudice (Docket Entry No. 9).

As a result, the initial case management conference, scheduled on June 30, 2014, is CANCELLED.

The Clerk is directed to forward the file in this case to the Honorable Todd J. Campbell for his consideration of the parties' stipulation of dismissal and entry of any appropriate order.

Unless otherwise directed by the Court, there will be no further proceedings before the Magistrate Judge in this case.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge