IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KENNETH SCOTT PORTER | ) |
| | ) |
| v. | ) NO. 3-14-1179 |
| | ) JUDGE CAMPBELL |
| CORRECTIONS CORPORATION | ) |
| OF AMERICA | ) |

ORDER

The parties have filed a Stipulation of Dismissal Without Prejudice (Docket No. 9), signed by counsel for both parties and indicating that Plaintiff has chosen to dismiss his Complaint and re-file in state court. Therefore, pursuant to Fed. R.Civ. P. 41(a)(1)(A)(ii), this action is DISMISSED without prejudice, and the Clerk is directed to close the file. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE